1 | Greg Ozhekim (SBN 162637)
2 | OZ LAW GROUP, INC.
  | 21650 Oxnard Street, Suite 500
3 | Woodland Hills, California 91367
  | Telephone: 818-712-9000
4 | Facsimile: 818-530-7817

5 | Attorneys for Defendant,
  | ZAREH KRUMIAN, AS TRUSTEE OF
6 | THE ZAREH AND LISA KRUMIAN
  | FAMILY TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JUAN VALENCIA, | **CASE NO.** 2:23-cv-01147-AB (SHKx) |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| ZAREH KRUMIAN, AS TRUSTEE OF THE ZAREH AND LISA KRUMIAN FAMILY TRUST; and DOES 1 to 10, | Complaint Served: March 22, 2023<br>Current Response Date: April 12, 2023<br>New Response Date: May 12, 2023 |
| Defendants. | Trial Date: None<br>District Judge: Andre Birotte Jr.<br>Magistrate Judge: Shashi H. Kewalramani |

# STIPULATION AND REQUEST TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT

Plaintiff JUAN VALENCIA ("Plaintiff") and Defendant ZAREH KRUMIAN, AS TRUSTEE OF THE ZAREH AND LISA KRUMIAN FAMILY TRUST ("Defendant"), jointly Stipulate to extend the time for Defendant to file a response to the initial complaint from April 12, 2023, to May 12, 2023.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: March 31, 2023             OZ LAW GROUP, INC.

By: __/s/_____
Greg Ozhekim,
Attorneys for Defendant,
ZAREH KRUMIAN, AS TRUSTEE OF THE ZAREH AND LISA KRUMIAN FAMILY TRUST

Dated: March 31, 2023             SO. CAL. EQUAL ACCESS GROUP

By: __/s/_____
Jason J. Kim,
Attorneys for Plaintiff,
JUAN VALENCIA

1

Case No. 2:23-cv-01147-AB (SHKx)            STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 31, 2023                    OZ LAW GROUP, INC.

                                         By: __/s/_____
                                         Greg Ozhekim,
                                         Attorneys for Defendant,
                                         ZAREH KRUMIAN, AS TRUSTEE OF
                                         THE ZAREH AND LISA KRUMIAN
                                         FAMILY TRUST

2

**2:23-cv-01147-AB (SHKx)**
*Juan Valencia v. Zareh Krumian, as Trustee of the Zareh and Lisa Krumian Family Trust*
**CERTIFICATE OF SERVICE**

This is to certify that Carrie Gilmore declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Woodland Hills, County of Los Angeles, State of California, and a member of the bar of this court. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within entitled action. My business address is 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.

I certify that on the March 31, 2023, I electronically transmitted the following document described as **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

> Jason J. Kim, Esq.
> SO. CAL. EQUAL ACCESS GROUP
> 101 South Western Avenue, Second Floor
> Los Angeles, California 90004
> *scalequalaccess@yahoo.com*
> Attorneys for Plaintiff,
> JUAN VALENCIA

Executed on March 31, 2023, at Woodland Hills, California.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Carrie Gilmore